IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOSEPH KILLEEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BENNETT MOTOR EXPRESS, INC. et al., )<br>)<br>Defendants. ) | Case No. 06-0080-CV-W-FJG |

## ORDER

Before the Court is (1) Plaintiff's Acceptance of Defendants' Offer of Judgment (Doc. No. 62), and (2) the Parties' Stipulation of Costs (Doc. No. 64).

As the Plaintiff has accepted Defendants' Offer of Judgment in the amount of Thirty-Five Thousand and One Dollar ($35,001.00), and the parties have agreed that Defendants will pay Plaintiff's costs in the amount of One Thousand One Hundred Seventeen Dollars and Seventy Cents ($1,117.70),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that a judgment be entered against the Defendants in the amount of Thirty-Six Thousand One Hundred Eighteen Dollars and Seventy Cents ($36,118.70), inclusive of both the offer and costs.

**IT IS SO ORDERED.**

                                                            /s/ FERNANDO J. GAITAN, JR.
                                                            Fernando J. Gaitan, Jr.
                                                            United States District Judge

Dated:  November 16, 2006  .
Kansas City, Missouri.